AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of  NEVADA _____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:21-mj-00939-DJA |
| ) | |
| GILBERTO MARTINEZ-GARCIA ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | |
|---|---|---|
| Place: | Central District of California<br>AS ORDERED | Courtroom No.: AS ORDERED |
| | | Date and Time: AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   11/3/21

*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge

*Printed name and title*



____ FILED       ____ RECEIVED
____ ENTERED     ____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

NOV - 3 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY